# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4237
Lower Tribunal No. 2019-CA-003293-0001-XX

_____

SUZANNE DE LISI,

Appellant,

v.

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as TRUSTEE for the CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-9,

Appellee.

_____

Appeal from the County Court for Collier County.
Joseph G. Foster and Elizabeth V. Krier, Judges.

April 28, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and NARDELLA, JJ., concur.


Jonathan M. Weirich, of Yarnell & Peterson, P.A., Naples, for Appellant.

Nancy M. Wallace, of Akerman, LLP, Tallahassee, and William P. Heller, Akerman, LLP, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED